ROBERT A. BELLAGAMBA, ESQ.  BAR#: 56537
J. KEVIN MOORE, ESQ.  BAR#: 153744
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
6140 Stoneridge Mall Road, Suite 545
Pleasanton, CA  94588
(925) 734-0990  Fax: (925) 734-0888

Attorneys for CROSS-DEFENDANTS
KOVACH, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>SUNTERRA CORPORATION,<br><br>        Debtor, | No. CIV-S-04-0784 MCE/PAN |
| SUNTERRA CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>PERINI BUILDING COMPANY,<br><br>        Defendant. | ORDER RE SUBSTITUTION OF ATTORNEY FOR KOVACH, INC. |
| AND RELATED CROSS-ACTIONS | |

    On proof made to the satisfaction of the Court that proper notice has been given pursuant to Local Rule 83-182 and consent to the above substitution having been made by Kovach, Inc. and its prior counsel, the application for substitution of attorney of Kovach, Inc. ought to be granted.

///

///

1

1 | IT IS SO ORDERED that J. Kevin Moore, State Bar No.: 153744, of Clapp, Moroney, Bellagamba, Vucinich, 6140 Stoneridge Mall Road, Suite 545, Pleasanton, CA 94588, Tel: 925-735-0990, Fax: 925-734-0888 be substituted as attorney of record for Kovach, Inc. in the place and stead of Anne E. Connelly, State Bar No.: 165753, of VITALE & LOWE, 3249 Quality Drive, Ste. 110, Rancho Cordova, CA 95670-6098, Tel: 916-851-3750, Fax: 916-851-3770.

DATE: August 10, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2