1  ALEX GORTINSKY, ESQ.   SBN 208926
    McDONALD, SAELTZER, MORRIS,
2  CREEGGAN & WADDOCK
    2208 29th Street
3  Sacramento, California 95817
    Telephone:  (916) 444-5706
4  Facsimile:    (916) 444-8529

5  Attorneys for Cross-defendant,
    MARTIN IRON WORKS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| IN RE | Case No.  CIV.-04-0784 MCE PAN |
| SUNTERRA CORPORATION, | |
| Debtors, | **SUBSTITUTION OF ATTORNEY** |
| | |
| SUNTERRA CORPORATION, | Per Rule 83-182(g) |
| Plaintiff, | |
| v. | |
| PERINI BUILDING COMPANY, | |
| Defendant. | |
| AND RELATED CROSS ACTIONS | |

   THE COURT AND ALL PARTIES ARE NOTIFIED THAT plaintiff ROYAL

SPECIALTY UNDERWRITING, INC. makes the following substitution:

   Former legal representative ALEX GORTINSKY, of McDONALD, SAELTZER, MORRIS,

CREEGGAN & WADDOCK, will no longer be the attorney of record in this case.

///

///

///

-1-

1 | The new legal representative will be as follows:

JENNIFER H. CARROLL, Esq.
DONAHUE BATES BLAKEMORE & MACKEY
83 Scripps Drive, Suite 200
Sacramento, CA 95825
Phone: (916) 648-7444
Fax: (916) 648-7447

IT IS STIPULATED AND AGREED that a signature, whether on an original or facsimile copy, shall constitute the same as on an original copy of same.

DATED: September 2, 2005         McDONALD, SAELTZER, MORRIS,
                                  CREEGGAN & WADDOCK


                                 By:_____/S/_____
                                       ALEX GORTINSKY
                                       Former Attorney for Cross-Defendant
                                       MARTIN IRON WORKS, INC.


DATED: September 2, 2005         DONAHUE BATES BLAKEMORE & MACKEY


                                 By:_____/S/_____
                                       JENNIFER H. CARROLL
                                       New Attorney for Cross-Defendant
                                       MARTIN IRON WORKS, INC.

///

///

///

///

1  DATED: September 7, 2005                MARTIN IRON WORKS, INC.

2

3
                                           By:_____/S/_____
4                                                  Pat Bullentini

5

6
   IT IS SO ORDERED:
7

8

9
   DATED: September 20, 2005
10

11

12                                         _____
                                           MORRISON C. ENGLAND, JR
13                                         UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28