```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                           ----oo0oo----

IN RE:

SUNTERRA CORPORATION,
                                  NO. 2:04-cv-0784-MCE-PAN (JFM)
        DEBTORS,
_____

SUNTERRA CORPORATION,

        Plaintiff,

    v.                            ORDER

PERINI BUILDING COMPANY, INC.

        Defendant.
_____

AND RELATED CROSS ACTIONS.


                           ----oo0oo----


//

//

//
```

1

Defendant Perini Building Company, Inc. ("Perini") moves for leave to amend its Third Party Cross-Claim,[1] pursuant to Federal Rule of Civil Procedure 13 and 15(a), on grounds that three additional subcontractors have recently been identified through discovery which should be included as cross defendants.  Leave to amend a party's pleadings should generally be freely given under Rule 15(a), and no opposition to Perini's Motion has been made.  Consequently, good cause appearing therefor, Perini's Motion for Leave to File an Amended Third Party Cross-Claim is GRANTED.[2]  Perini shall file and serve its First Amended Cross-Claim not later than ten (10) days following the date of this Order.

IT IS SO ORDERED.

DATED: April 28, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] While Perini's Motion is denominated as a request for leave to file a "Third Party Complaint", the simultaneously filed Declaration of Heidi A. Trant, which includes a copy of the proposed amended pleading, makes it clear that the pleading for which amendment is sought is in fact a Third Party Cross-Claim.

[2] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 78-230(h).

2