PETER H. DEKKER, SPECIAL MASTER
GRIFFITHS, CASTLE & LAWLOR GOYETTE
2000 Crow Canyon Place, Suite 190
San Ramon, CA  94583
(925) 904-0111
(925) 904-0110  Fax

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNTERRA CORPORATION, | Case No.: 2:04-cv-0784 MCE PAN |
| Plaintiff, | |
| | DISCOVERY ORDER NO. 2 |
| vs. | |
| PERINI BUILDING COMPANY, et al. | RE:  DEFENSE DESTRUCTIVE TESTING COST ALLOCATIONS |
| Defendants. | |
| AND RELATED CROSS-ACTIONS            / | |

Peter H. Dekker, having been appointed Special Master pursuant to court order for certain pre-trial matters including law and motion, discovery, discovery motions and settlement proceedings, a teleconference of all parties having been held on October 11, 2006  regarding allocation of the defense destructive testing costs, no party objecting hereto, and for good cause appearing,

IT IS HEREBY ORDERED:

The parties are allocated the following portion of the Higuera/Price Construction Invoice in the amount of $37,676.66, a copy of which is attached hereto as Exhibit A:

A1 Glass Service                     10%

Alliance Roofing Co., Inc.        5%

1

| | |
|---|---|
| AROK, Inc. | 6% |
| Bergelectric Corp. | 5% |
| Capitol Builders | 5% |
| Kovach, Inc. | 17% |
| J.W. McClenahan Co. | 2% |
| Nelson Electric | 10% |
| Perini Building Co. | 31.5% |
| Precision Glass/Milgard | 2.5% |
| RDA | 2% |
| Savage & Sons | 2% |
| Widmann Development, Inc. | 2% |

All allocated parties are to forward their respective payments within thirty (30) days of the date of this Order to Higuera/Price Construction, 7700 Edgewater Drive, Suite 401, Oakland, CA 94621. Checks are to be made payable to "Higuera/Price Construction", Invoice Number 1-Sunterra DT II., tax identification number 94-3403990.

APPROVED AND RECOMMENDED:

IT IS SO ORDERED:

DATED: November 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE