Benjamin W. Blaisdell (SBN 218604)
ELIE & ASSOCIATES
11070 White Rock Road, Suite 200
Rancho Cordova, California  95670
Telephone:     916-638-6610
Facsimile:      916-638-6607

Counsel for Cross-Defendant
NELSON ELECTRIC COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNTERRA CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>Vs.<br><br>PERINI BUILDING COMPANY, INC., et al.<br><br>　　　　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No.:    2:04-cv-0784 MCE/EFB<br><br>**ORDER TO DISMISS DEEMED CROSS-COMPLAINTS AGAINST NELSON ELECTRIC COMPANY, INC.** |

　　　　On or around August 28, 2002, Plaintiff Sunterra Corporation filed the above-referenced action alleging construction deficiencies at the subject structure located in the city of South Lake Tahoe, California, naming PERINI BUILDING COMPANY, INC. as a defendant.

　　　　On or around March 31, 2004, PERINI BUILDING COMPANY, INC. filed a third party cross claim alleging declaratory relief, implied indemnity, express indemnity, breach of contract, breach of implied warranty and breach of express warranty and naming NELSON ELECTRIC COMPANY, INC. as a cross-defendant.  NELSON ELECTRIC COMPANY, INC. answered and generally denied the allegations of PERINI BUILDING COMPANY, INC.'s third party cross claim.

　　　　In early 2005, the Court appointed Peter H. Dekker as the Special Master in this action for purposes of serving as the discovery referee and for making recommendations as to case management and other matters to assist the Court.

///

1   Thereafter, the Court executed Pre Trial Order No. 1 pursuant to which all defendants and
2   cross-defendants were deemed to have filed cross-complaints for implied equitable indemnity and
3   for a determination of comparative negligence against all other defendants and cross-defendants.
4   The purpose of the deemed filed cross-complaints was to avoid the unnecessary filing of pleadings
5   by defendants and cross-defendants.

6   On or about November 22, 2006, PERINI BUILDING COMPANY, INC. filed its notice of
7   dismissal of its cross-complaint against NELSON ELECTRIC COMPANY, INC. without prejudice.
8   (See Exhibit A, attached hereto)

9   The only cross-complaints remaining against NELSON ELECTRIC COMPANY, INC. are
10  those 'deemed filed' pursuant to Pre-Trial Order No. 1.

11  As there have been no objections, good cause appearing therefore, and pursuant to his
12  authority, the Special Master recommends that all 'deemed filed' cross-complaints against
13  NELSON ELECTRIC COMPANY, INC. be dismissed without prejudice.

Dated: _____

PETER H. DEKKER, Special Master

ORDER PURSUANT TO RECOMMENDATION

IT IS SO ORDERED.

Dated: December 12, 2006

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE