David S. Henningsen (SBN 064195)
Darrell V. Nguyen (SBN 228959)
ROBINSON & WOOD, INC.
227 North First Street
San Jose, CA 95113
Telephone: (408) 298-7120
Facsimile: (408) 298-0477

Attorneys for Defendant,
PERINI BUILDING COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNTERRA CORPORATION, | Case No. 2:04-cv-0784-MCE-EFB |
| Plaintiffs, | |
| v. | **ORDER GRANTING DEFENDANT PERINI BUILDING COMPANY'S EX PARTE APPLICATION FOR AN ORDER FOR PUBLICATION OF THE SUMMONS** |
| PERINI BUILDING COMPANY, et al. and DOES 1 through 100, | |
| Defendants. | |
| AND ALL RELATED CROSS-ACTIONS. | |

   IT IS ORDERED that the service of the summons in this action be made upon Cross-Defendants PRECISION GLASS SERVICE, INC. and WADE ADAM RENSLOW by publication thereof in the Reno Gazette Journal, a newspaper of general circulation published in Reno, Nevada, and that said publication be made at least once a week for four successive weeks.

///

///

///

1     IT IS FURTHER ORDERED that a copy of said summons and of said Complaint
2  in this action be forthwith deposited in the United States Post Office, post-paid and,
3  directed to said Cross-Defendants if their address is ascertained before expiration of the
4  time prescribed for the publication of this summons.  A declaration of this mailing, or of
5  the fact that the address was not ascertained must be filed at the expiration of the time
6  prescribed by publication.
7     IT IS FURTHER ORDERED  that Defendant PERINI BUILDING COMPANY
8  having shown good cause, shall have one hundred and eighty (180) days from the filing
9  of the complaint to serve the summons and complaint.

11 DATED: January 12, 2007

14 _____
   MORRISON C. ENGLAND, JR
15 UNITED STATES DISTRICT JUDGE

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120

2