UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNTERRA CORPORATION, | No. 2:04-cv-0784-MCE-EFB |
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| PERINI BUILDING COMPANY, et al., and DOES 1 through 100, | |
| Defendants. | |
| _____/ | |
| AND RELATED CROSS ACTIONS. | |

----oo0oo----

Defendant Perini Building Company, Inc. ("Perini") moves for leave to amend its Third Party Cross-Complaint, pursuant to Federal Rule of Civil Procedure 13 and 15(a), on grounds that it recently learned of the existence of another potentially responsible sub-contractor during the course of a joint expert meeting regarding this matter.  Leave to amend a party's pleadings should generally be freely given under Rule 15(a), and no opposition to Perini's Motion has been made.

1

1     Consequently, good cause appearing therefor, Perini's Motion
2 for Leave to File an Amended Third Party Cross-Claim is GRANTED.[1]
3 Perini shall file and serve its proposed Second Amended Cross-
4 Claim not later than twenty (20) days following the date of this
5 Order.
6     IT IS SO ORDERED.

8 DATED: January 16, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. Local Rule 78-230(h).

2