UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNTERRA CORPORATION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PERINI BUILDING COMPANY, INC., et al.,<br><br>　　　　Defendants.<br>_____/<br>AND RELATED CROSS-ACTIONS.<br>_____/ | Case No. 2:04-cv-0784-MCE-PAN<br><br>**ORDER GRANTING DISMISSAL OF CROSS-COMPLAINT AGAINST WON DOOR CORPORATION** |

　　　Upon consideration of the Stipulation of Dismissal of Cross-Complaint of Defendant/Cross-Defendant PERINI BUILDING COMPANY, INC. as against Cross-Defendant WON DOOR CORPORATION,

　　　IT IS HEREBY ORDERED that the Cross-Complaint of Defendant/Cross-Defendant PERINI BUILDING COMPANY, INC. as against Cross-Defendant WON DOOR CORPORATION, is hereby dismissed with prejudice.

Dated: February 9, 2007

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE