UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SUNTERRA CORPORATION,

        Plaintiff,

   v.

PERINI BUILDING COMPANY, et al., and DOES 1 through 100,

        Defendants.

_____/

AND RELATED CROSS ACTIONS.

No. 2:04-cv-0784-MCE-EFB

ORDER

----oo0oo----

    On February 13, 2007, Defendant Perini Building Company, Inc. ("Perini") filed the instant Motion for Leave to file a Third Amended Third Party Cross-Complaint in this matter, pursuant to Federal Rules of Civil Procedure 13 and 15(a). According to Perini's counsel, David S. Henningsen, he only recently became aware of additional potentially liable parties after receiving, reviewing and evaluating two additional reports received from Plaintiff in December of 2006:

1

a December 1, 2006 Statement of Claims and Cost of Repair and a December 6, 2006 Mold Investigation Report.  (Henningsen Decl., ¶¶ 6-7).  Perini consequently requests permission to add six additional subcontractor cross-defendants through its proposed Third Amended Third Party Cross Complaint.

Leave to amend a party's pleadings should generally be freely given under Rule 15(a), and no opposition to Perini's Motion has been made.  Consequently, good cause appearing therefor, Perini's Motion for Leave to File a Third Amended Third Party Cross Complaint is GRANTED.[1]  Perini shall file and serve its proposed Third Amended Third Party Cross Complaint not later than ten (10) days following the date of this Order.

IT IS SO ORDERED.

Dated: April 23, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 78-230(h).

2