EDWARD C. SCHROEDER, JR. (SBN 146252)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Cross-Defendant
Urata & Sons Cement, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| Sunterra Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>Perini Building Company,<br><br>    Defendant.<br><br>AND RELATED CROSS-ACTIONS | CASE NO.  2:04-cv-0784-MCE PAN<br><br>ORDER RE: SUBSTITUTION OF ATTORNEYS FOR CROSS-DEFENDANT URATA & SONS CEMENT, INC. |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS FO RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Cross-Defendant Urata & Sons Cement, Inc., hereby substitutes the Firm of Selman Breitman, LLP, into this case as its counsel of record in the place and stead of the Law Firm of Wanland & Spaulding.  The Court and all parties are requested to serve all further letters, pleadings and notice to Cross-Defendant Urata & Sons Cement, Inc. by and through its counsel at:

```
            Edward C. Schroeder, Jr.
            Selman Breitman, LLP
            33 New Montgomery, Sixth Floor
            San Francisco, CA 94105-4537
            Tel: (415) 979-0400
            Fax: (415) 979-2099
```

I consent to this Substitution.

Dated: _____          URATA & SONS CEMENT, INC.

                                 By: _____/s/Susan Bigler_

We consent to this Substitution.

Dated: _____          Law Offices of Wanland & Spaulding

                                 By: _____/s/Donald O. Spaulding_
                                     DONALD O. SPAULDING
                                     Attorneys for Cross-Defendant
                                     Urata & Sons Cement, Inc.

We accept this Substitution.

Dated: _____        Selman Breitman, LLP

                                 By: _  /s/Edward C. Schroeder, Jr._
                                     EDWARD C. SCHROEDER, JR.
                                     Attorneys for Cross-Defendant
                                     Urata & Sons Cement, Inc.

IT IS SO ORDERED.

Dated: April 30, 2007

                                 _____
                                 MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE