PETER H. DEKKER, SPECIAL MASTER
GRIFFITHS, CASTLE & LAWLOR GOYETTE
2000 Crow Canyon Place, Suite 190
San Ramon, CA  94583
(925) 904-0111
(925) 904-0110  Fax

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SUNTERRA CORPORATION, | Case No.:  2:04-cv-00784-MCE-PAN |
| Plaintiff, | |
| vs. | PRE-TRIAL ORDER NO. 3 |
| PERINI BUILDING COMPANY, et al. | RE:  PLEADINGS, DISCOVERY, PRE-TRIAL SETTLEMENT MATTERS |
| Defendants. | |
| AND RELATED CROSS-ACTIONS            / | |

Peter H. Dekker, having been appointed Special Master pursuant to court order for certain pre-trial matters including law and motion, discovery, discovery motions and settlement proceedings, a teleconference of all counsel and the Special Master having been held on May 25, 2007, no party objecting hereto, and for good cause appearing,

IT IS HEREBY ORDERED:

1. On or before June 15, 2007, the defense response regarding plaintiff's mold claims shall be served on all parties and the Special Master.

1

2.  A joint expert/counsel meeting regarding plaintiff's mold claims only, shall be held on June 27, 2007, commencing at 10:00 a.m. at MOA Deposition Reporters, 1300 Ethan Way, Suite 200, Sacramento, CA.

3.  On or before July 20, 2007, counsel for Perini Building Company shall provide all subcontractors with settlement allocations.

4.  Defense expert/counsel allocation meetings shall be held on August 13, 2007 and August 14, 2007, commencing at 10:00 a.m. at MOA Deposition Reporters, 1300 Ethan Way, Suite 200, Sacramento, CA, both days.  On or before August 3, 2007, counsel for Perini Building Company shall provide an agenda for said meetings to all counsel and the Special Master.

5.  Defense only settlement conferences shall be held on September 10, 2007 and September 11, 2007, commencing at 10:00 a.m. at MOA Deposition Reporters, 1300 Ethan Way, Suite 200, Sacramento, CA, both days.  All defense counsel, principals and/or insurance claims representatives with full settlement authority are ordered to attend.  On or before August 31, 2007, counsel for Perini Building Company shall provide an agenda for said meetings to all counsel and the Special Master.

*///*

*///*

*///*

*///*

*///*

*///*

*///*

*///*

6.  Global settlement conferences shall be held on October 4, 2007 and October 29, 2007, commencing at 10:00 a.m. at MOA Deposition Reporters, 1300 Ethan Way, Suite 200, Sacramento, CA, both days.  All counsel, principals and/or insurance claims representatives with full settlement authority are ordered to attend.

APPROVED AND RECOMMENDED:

Dated:_____

_____
PETER H. DEKKER, Special Master

IT IS SO ORDERED:

DATED: June 4, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3