JUAN C. BASOMBRIO (SBN 150703)
DORSEY & WHITNEY LLP
Dorsey & Whitney LLP
38 Technology Drive
Irvine, California 92618-5310
Phone:  (949) 932-3600
Facsimile:  (949) 932-3601

Attorneys for Cross-Defendant
CURTAIN WALL DESIGN & CONSULTING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | CASE NO.:  2:04-CV-00784-MCE-EFB |
| SUNTERRA CORPORATION, | |
| Debtor | **STIPULATION EXTENDING TIME FOR CROSS-DEFENDANT CURTAIN WALL DESIGN & CONSULTING, INC. TO RESPOND TO THIRD AMENDED CROSS-COMPLAINT OF DEFENDANT AND CROSS-COMPLAINANT PERINI BUILDING COMPANY; AND ORDER THEREON** |
| SUNTERRA CORPORATION, | |
| Plaintiff, vs. | |
| PERINI BUILDING COMPANY, et al., | |
| Defendants. | |
| PERINI BUILDING COMPANY, | |
| Cross-Complainant, | |
| vs. | |
| CHAVARRIA GLASS SERVICE, INC. et al, | |
| Cross-Defendants. | |

IT IS HEREBY STIPULATED by and between Defendant and Cross-Complainant Perini Building Company (hereafter, "Perini") and Cross-Defendant Curtain Wall & Design Consulting, Inc. (hereafter, "CDC"), through their undersigned counsel, that CDC shall have a thirty-day extension up to and including August 24, 2007 in which to answer or otherwise respond to Perini's Third Amended Cross-Complaint in the above-captioned action.  The purpose of the extension is to provide Perini with sufficient time to evaluate whether it desires to pursue its Third Amended Cross-Complaint as to CDC. No prior extensions have been requested or provided.

Respectfully submitted,

DATED:  July 24, 2007    DORSEY & WHITNEY LLP

By:_____
    JUAN C. BASOMBRIO
    Attorneys for Cross-Defendant CURTAIN WALL DESIGN & CONSULTING, INC.

DATED:  July 24, 2007    ROBINSON & WOOD, INC.

By:_____
    DAVID S. HENNINGSEN
    DARRELL V. NGUYEN
    Attorneys for Defendant and Cross-Complainant PERINI BUILDING COMPANY

## ORDER

**BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED.
No further extensions will be granted absent specific good cause by the parties.**

DATED: July 31, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE