David S. Henningsen (SBN 064195)
Darrell V. Nguyen (SBN 228959)
ROBINSON & WOOD, INC.
227 North First Street
San Jose, CA 95113
Telephone: (408) 298-7120
Facsimile: (408) 298-0477

Attorneys for Defendant,
PERINI BUILDING COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNTERRA CORPORATION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PERINI BUILDING COMPANY, et al. and DOES 1 through 100,<br><br>　　　　　Defendants.<br>_____/<br><br>AND ALL RELATED CROSS-ACTIONS.<br>_____/ | Case No. 2:04-CV-00784-MCE-EFB<br><br>**ORDER GRANTING DISMISSAL OF CROSS-COMPLAINT AGAINST CURTAIN WALL DESIGN & CONSULTING, INC.** |

Upon consideration of the Stipulation for Dismissal of Cross-complaint of Perini Building Company as against Cross-defendant, Curtain Wall Design & Consulting, Inc.,

IT IS HEREBY ORDERED that said Cross-complaint as against Cross-defendant Curtain Wall Design & Consulting, Inc. is dismissed. Each party to bear its own fees and costs.

Dated: August 23, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Page 1