1 David S. Henningsen (SBN 064195)
Christopher Karic (SBN 184765)
2 Darrell V. Nguyen (SBN 228959)
ROBINSON & WOOD, INC.
3 227 North First Street
San Jose, California 95113
4 Telephone: (408) 298-7120
Facsimile: (408) 298-0477
5
Attorneys for Defendant
6 PERINI BUILDING COMPANY, INC.

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRIC OF CALIFORNIA

10

11 SUNTERRA CORPORATION,                ) Case No. 2:04CV-0784-MCE-EFB
                                       )
12                    Plaintiff,       ) **[PROPOSED] ORDER**
                                       )
13 vs.                                 )
                                       )
14 PERINI BUILDING COMPANY, et al.,    )
   and DOES 1 through 100,             )
15                                     )
                      Defendants       )
16                                     )
                                       )
17 AND ALL RELATED CROSS ACTIONS       )
                                       )
18

19     THIS MATTER CAME BEFORE THIS COURT upon application of PERINI BUILDING

20 COMPANY to Special Master Peter Dekker, and the recommendation of Special Master Dekker,

21 for leave for PERINI BUILDING COMPANY, to file an amended Third Party Cross-Claim.

22 PERINI BUILDING COMPANY seeks leave to amend to join Vinyl Window System, Inc., Vinyl

23 Window Corporation, Randolph Siding, Total Roofing, Bylin Heating System, Inc., Pacific Custom

24 Pools, Inc., Pacific Spas & Sauna, Ray's Heating & Air Conditioning, American Automatic Fire

25 Protection, Inc., Overhead Fire Protection, Inc., Sierra Tahoe Ready Mix, Sacramento Insulation,

26 Masco Corporation, and Franklin Bass Manufacturing Company, JPS Industries, Inc., JPS

27 Elastromerics, Stevens Roofing Systems, J.P. Stevens & Co., Sealtech Caulking & Waterproofing,

28

1  Inc. and Sealtech to this matter as third party defendants based upon the recent allegations of, and in
2  response to, Plaintiff's recently served amended statement of claims and defects in this matter.
3       For good cause showing, **IT IS ORDERED** that PERINI BUILDING COMPANY has
4  leave of court to file an amended Third Party Cross-Claim to join Vinyl Window System, Inc.,
5  Vinyl Window Corporation, Randolph Siding, Total Roofing, Bylin Heating System, Inc., Pacific
6  Custom Pools, Inc., Pacific Spas & Sauna, Ray's Heating & Air Conditioning, American Automatic
7  Fire Protection, Inc., Overhead Fire Protection, Inc., Sierra Tahoe Ready Mix, Sacramento
8  Insulation, Masco Corporation, and Franklin Bass Manufacturing Company, JPS Industries, Inc.,
9  JPS Elastromerics, Stevens Roofing Systems, J.P. Stevens & Co., Sealtech Caulking &
10 Waterproofing, Inc. and Sealtech.
11      IT IS SO ORDERED:
12 Dated: January 24, 2008

                                 _____
                                 MORRISON C. ENGLAND, JR
                                 UNITED STATES DISTRICT JUDGE