1   ROBERT A. BELLAGAMBA, ESQ.  BAR#: 56537
    J. KEVIN MOORE, ESQ.  BAR#: 153744
2   CLAPP, MORONEY, BELLAGAMBA and VUCINICH
    6130 Stoneridge Mall Road, Suite 275
3   Pleasanton, CA  94588
    (925) 734-0990  Fax: (925) 734-0888
4   Attorneys for CROSS-DEFENDANTS
    KOVACH, INC.
5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11  SUNTERRA CORPORATION,                  )  Case No.  CIV 04-0784 MCE PAN
                                           )
12         Plaintiff,                      )
                                           )  ORDER
13         vs.                             )
                                           )
14                                         )
    PERINI BUILDING COMPANY, et al.        )
15                                         )
           Defendants.                     )
16  _____    )
                                           )
17  AND RELATED CROSS-ACTIONS              )

18

19         THIS MATTER CAME BEFORE THIS COURT upon the application of KOVACH, INC. to

20  Special Master Peter Dekker, and the recommendation of Special Master Peter Dekker, for leave for

21  KOVACH, INC. to file an amended Third Party Complaint in this matter.  KOVACH, INC. seeks

22  leave to amend to join RANDOLPH SIDING, TOTAL ROOFING, AND BYLIN, INC. to this

23  matter as a third party defendant based upon the recent allegations of and in response to Plaintiff's

24  recently served amended statement of claims in this matter.  For good cause showing, it is

25  ///

26  ///

27  ///

28  ///

                                            1

1      ORDERED, ADJUDGED, AND DECREED that KOVAC, INC. has leave of court to file an

2 amended Third Party Complaint to join RANDOLPH SIDING, TOTAL ROOFING, AND BYLIN,

3 INC. to this matter as a third party defendant.

4

5      IT IS SO ORDERED:

6

7 Dated:  January 24, 2008

8

9      MORRISON C. ENGLAND, JR
      UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28