THOMAS M. HARRELSON (CA Bar No. 114346)
RAMSEY KUBEIN (CA Bar No. 212909)
HARRELSON & ASSOCIATES
533 Airport Blvd., Suite 325
Burlingame, CA 94010
Telephone:   650/373-3300
Facsimile:   650/373-3302

Attorneys for Cross-Defendant:
ALLIANCE ROOFING COMPANY, INC.

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| IN RE<br><br>SUNTERRA CORPORATION,<br><br>                Debtors, | **Case No.:**<br>**2:04-CV-0784 MCE-EFB**<br><br>**ORDER** |
| SUNTERRA CORPORATION,<br><br>                Plaintiff<br><br>v.<br><br>PERINI BUILDING COMPANY,<br><br>                Defendant. | |
| AND RELATED CROSS ACTIONS | |

THIS MATTER CAME BEFORE THIS COURT upon application of ALLIANCE ROOFING COMPANY, INC. ("Alliance") to Special Master Dekker, and the recommendation of Special Master Dekker, for leave for Alliance to file a Third Party Cross-Claim.  Alliance seeks leave to name JPS Industries, Inc., JPS Elastomerics, Stevens Roofing Systems, J.P. Stevens & Co., Sealtech Caulking & Waterproofing, Inc. and Sealtech to this matter as third party defendants based upon the recent allegations of, and in response to, Plaintiffs' recently served amended statement of claims.

///

///

1
[PROPOSED] ORDER

Case 2:04-cv-00784-MCE-EFB   Document 269   Filed 01/25/08   Page 2 of 2

1     For good cause showing, IT IS ORDERED that Alliance has leave of court to file a
2 Thrid Party Cross-Claim against JPS Industries, Inc., JPS Elastomerics, Stevens Roofing
3 Systems, J.P. Stevens & Co., Sealtech Caulking & Waterproofing, Inc. and Sealtech.

5     IT IS SO ORDERED

6 Dated: January 24, 2008

                                                                   _____
                                                                     MORRISON C. ENGLAND, JR
                                                                     UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER