Pamela J. Helmer, SBN 114947
Jennifer L. Royer, SBN 229380
Anita Mohan, SBN 225663
ROGER, SCOTT & HELMER LLP
1001 Marshall Street, Suite 400
Redwood City, CA  94063
Telephone: (650) 365-7700
Facsimile: (650) 365-0677

Attorneys for J.W. McClenahan & Co.

#127327

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>SUNTERRA CORPORATION,<br><br>DEBTORS<br><br>SUNTERRA CORPORATION<br><br>　　　　Plaintiffs,<br>　v.<br><br>PERINI BUILDING COMPANY,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No.:   2:04-CV-00784-MCE-PAN (JFM)<br><br>**J.W. McCLENAHAN CO.'S REQUEST TO PARTICIPATE IN FEBRUARY 8, 2008 HEARING OF PLAINTIFF'S MOTION TO AMEND THE COMPLAINT  BY TELEPHONE APPEARANCE; AND ORDER**<br><br>Date: Feb. 8, 2008<br>Time: 9:00 A.M.<br>Judge: Morris C. England |

///
///
///
///
///

1

J.W. McCLENAHAN CO.'S REQUEST TO PARTICIPATE IN FEBRUARY 8, 2008 HEARING ON PLAINTIFF'S MOTION TO AMEND THE COMPLAINT  BY TELEPHONE APPEARANCE; AND [PROOPOSED] ORDER
Case No.:   2:04-CV-00784-MCE-PAN (JFM)

1  Third Party Defendant J.W. McCLENAHAN CO. (hereinafter "McCLENAHAN"),
2  requests permission for its counsel, Anita Mohan, to participate by telephone in the February
3  8, 2008 hearing of Plaintiff's Motion to Amend the Complaint that is scheduled for 9:00 a.m.
4  Anita Mohan can be reached at 650-856-0882.
5      Respectfully submitted:

7  Dated: February ___, 2008                                        ROGER, SCOTT & HELMER LLP

9                                                          By: _____
10                                                            Anita Mohan, Esq.
                                                           Attorneys for Third Party Defendant
11                                                            J.W. McClenahan Company

13     IT IS SO ORDERED:

15 DATED: February 5, 2008

16                                                            _____
17                                                            MORRISON C. ENGLAND, JR
                                                           UNITED STATES DISTRICT JUDGE