Chris A. Tarkington, Esq. (SBN 043132) CTark@to2law.com
Norman L. Chong, Esq. (SBN 111439) NChong@to2law.com
TARKINGTON, O'NEILL, BARRACK & CHONG
A Professional Corporation
601 Van Ness Avenue, Suite 2018
San Francisco, CA   94102
Telephone:    (415) 777-5501
Facsimile:     (415) 546-4962

Attorneys for Third Party Defendant
CHAVARRIA GLASS SERVICE, INC.,
Dba A-1 GLASS SERVICE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SUNTERRA CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>PERINI BUILDING COMPANY,<br><br>      Defendant.<br>_____/<br>AND RELATED THIRD PARTY ACTIONS.<br>_____/ | No.  2:04-cv-00784-MC-EFB<br><br>**CHAVARRIA GLASS SERVICE, INC., dba A-1 GLASS SERVICE'S REQUEST FOR TELEPHONIC APPEARANCE ON PLAINTIFF'S MOTION TO AMEND; ORDER**<br><br>Hearing Date: February 8, 2008<br>Time: 9:00 a.m.<br>Courtroom: 3<br><br>The Hon. Morrison C. England, Jr., presiding |

///
///
///
///
///
///

{2148}04cv00784.so.0207.wpd                             - 1 -                             Case No. 2:04-CV-00784-MCE (PAN)

A-1 GLASS REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON PLAINTIFF MOTION TO AMEND; ORDER

1   Third Party Defendant CHAVARRIA GLASS SERVICE, INC., Dba A-1 GLASS SERVICE
2  respectfully requests leave of this court for its counsel, Norman L. Chong, Tarkington, O'Neill,
3  Barrack & Chong, APC, to participate by telephone in the 9:00 a.m., February 8, 2008 hearing on
4  plaintiff's Motion for Leave to Amend Complaint.   For the purpose of this hearing, attorney Chong
5  can be reached at (510) 548-3037.

Dated: February 7, 2008

TARKINGTON, O'NEILL, BARRACK & CHONG
A Professional Corporation

By:    /s/
       Norman L. Chong
       Attorneys for Third Party Defendant
       CHAVARRIA GLASS SERVICE, INC., dba
       A-1 GLASS SERVICE

**ORDER**

**IT IS SO ORDERED**.

Dated:  February 7, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Law Offices
TARKINGTON, O'NEILL, BARRACK & CHONG
A Professional Corporation
601 VAN NESS AVENUE, SUITE 2018
SAN FRANCISCO, CA 94102
Telephone: (415)777-5501
Facsimile: (415)546-4962

{2148}04cv00784.so.0207.wpd    - 2 -    Case No. 2:04-CV-00784-MCE (PAN)

A-1 GLASS REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON PLAINTIFF MOTION TO AMEND; ORDER