David S. Henningsen, Esq. (SBN 064195)
Christopher K. Karic, Esq. (SBN 184765)
Darrell V. Nguyen, Esq. (SBN 228959)
ROBINSON & WOOD, INC.
227 North First Street
San Jose, CA 95113
Telephone: (408) 298-7120
Facsimile: (408) 298-0477

Attorneys for Defendant,
PERINI BUILDING COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | **Case No. 2:04CV-0784-MCE-PAN (JFM)** |
| SUNTERRA CORPORATION, | **PRE-TRIAL ORDER NO. 4** |
| Plaintiffs, | |
| vs. | |
| PERINI BUILDING COMPANY, et al. and DOES 1 through 100, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |
| Defendants. | |

Within thirty (30) days of the execution of this pre-trial order (or as otherwise agreed upon by mutual extension or special master order):

1. All parties shall produce copies of all insurance policies, including but not limited to all additional insured endorsements and/or blanket endorsements, for all policies potentially having coverage in this case.

Parties not able to produce the policies shall submit a declaration under penalty of perjury setting forth in detail the efforts made to locate the documents (CCP § 2031.230-2031.250).

  Parties not able to produce the policies also shall provide to counsel for Perini verified responses to the following interrogatories:

  A. Provide the name, address, telephone number, and claim number for each insurer to whom the defense subcontractor has been tendered in this case.

  B. Provide the name, address and telephone number of each insurance broker from whom the contractor has purchased insurance from the date of completion work on the subject homes to the present.

  2. In addition, each party shall disclose the following: (a) the name, address, telephone number and contact person for all insurance carriers to whom it has tendered the defense and indemnity of this matter; (2) the name, address, telephone number and contact person for all insurance carriers who are defending such party in this matter; (3) the name, address, telephone number and contact person for all insurance carriers who have agreed to either defend or indemnify such party in this matter (whether or not there is a reservation of rights involved).

  3. For each insurance carrier identified in the prior response, the following additional information shall be disclosed: (a) whether there is a reservation of rights; (b) the policy and claim number of all insurance policies relevant to each insurance carrier disclosed; (c) the coverage dates for all disclosed insurance policies; (d) the insurance limits applicable to each policy of insurance identified; (e) the aggregate remaining on each insurance policy previously identified.

  4. In the event that a party objects to the production of any information required to be produced hereinabove (including but not limited to the production of aggregate information), such party is ordered to notify the special master of such objection within the deadlines imposed hereinabove, or waive any such objections. Under such circumstances, such party shall provide the aggregate information via in camera review pursuant to a mutually agreeable protective order being executed between the relevant parties.

///

///

XXX

5. Milgard Manufacturing, Inc., is currently exempt from this order.

APPROVED AND RECOMMENDED:

DATED: _____

PETER DEKKER, Special Master

**IT IS SO ORDERED**:

DATED:  March 3, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

XXX