1  MICHAEL S. ELLIS, BAR NO. 199820
   McCARTHY & McCARTHY, LLP
2  505 14th Street, Suite 1150
   Oakland, California 94612
3  Telephone: (510) 839-8100
   Facsimile: (510) 839-8108
4

5  Attorneys for Cross-Defendant,
   ALLIANCE ROOFING COMPANY, INC.
6

7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| SUNTERRA CORPORATION, | Case No.: CIV 04-0784 MCE PAN |
| Plaintiff, | **ORDER FOR SUBSTITUTION OF ATTORNEY** |
| v. | |
| PERINI BUILDING COMPANY, et al. | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant ALLIANCE ROOFING COMPANY, INC. hereby substitutes the following attorneys as counsel of record in this action:

> Kevin P. McCarthy, Esq.
> Michael S. Ellis, Esq.
> McCARTHY & McCARTHY, LLP
> 505 14th Street, Suite 1150
> Oakland, California 94612
> Telephone: (510) 839-8100
> Facsimile: (510) 839-8108

/ / /

/ / /

McCarthy & McCarthy, LLP
505 14TH Street
Suite 1150
Oakland, CA 94612
Tel: (510) 839-8100
Fax: (510) 839-8108

• 1 •

**ORDER FOR SUBSTITUTION OF ATTORNEY**

McCarthy & McCarthy, LLP
505 14TH Street
Suite 1150
Oakland, CA 94612
Tel: (510) 839-8100
Fax: (510) 839-8108

1 in place and stead of:

2           Thomas M. Harrelson, Esq.
          HARRELSON & ASSOCIATES
3           400 S. El Camino Real, Suite 580
          San Mateo, California 94402
4           Telephone: (650) 373-3370
          Facsimile: (650) 373-3302

5

6       Please direct and serve all future correspondences, pleadings, etc. to our office.

7 I consent to this substitution.

8 Dated:                         McCARTHY & McCARTHY, LLP

9

10                                 MICHAEL S. ELLIS, ESQ.

11 I consent to this substitution.

12 Dated:                         HARRELSON & ASSOCIATES

13

14                                 THOMAS M. HARRELSON, ESQ.

15 I consent to this substitution.

16 Dated:                         ALLIANCE ROOFING COMPANY, INC.

17

18                                 MR. ROMY ROQUE

19

20       IT IS SO ORDERED.

21 DATED: March 13, 2008

22

23                                 MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE

**ORDER FOR SUBSTITUTION OF ATTORNEY**