David S. Henningsen (SBN 064195)
Christopher Karic (SBN 184765)
Darrell V. Nguyen (SBN 228959)
ROBINSON & WOOD, INC.
227 North First Street
San Jose, California 95113
Telephone: (408) 298-7120
Facsimile: (408) 298-0477

Attorneys for Defendant
PERINI BUILDING COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRIC OF CALIFORNIA

\* \* \*

| | |
|---|---|
| SUNTERRA CORPORATION, ) | Case No. 2:04-CV-00784-MCE-EFB |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| PERINI BUILDING COMPANY, et al., ) and DOES 1 through 100, ) | |
| Defendants ) | |
| AND RELATED CROSS ACTIONS ) | |

THIS MATTER CAME BEFORE THIS COURT upon application of PERINI BUILDING COMPANY to Special Master Peter Dekker, and the recommendation of Special Master Dekker, for leave for PERINI BUILDING COMPANY, to file an amended Third Party Cross-Claim. PERINI BUILDING COMPANY seeks leave to amend to join Bratton Masonry, Inc., Ceco Concrete, and Inspection Consultant, Inc. to this matter as third party defendants based upon the recent allegations of, and in response to, Plaintiff's recently served amended statement of claims and defects in this matter.

///

///

///

For good cause showing, IT IS ORDERED that PERINI BUILDING COMPANY has leave of court for a period of twenty (20) days to file an amended Third Party Cross-Claim to join Bratton Masonry, Inc., Ceco Concrete, and Inspection Consultant, Inc. to this matter as third party defendants.

IT IS SO RECOMMENDED:

Dated:_____                _____
                                             PETER DEKKER, Special Master


IT IS SO ORDERED:

Dated: March 18, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE