PETER H. DEKKER, SPECIAL MASTER
GRIFFITHS, CASTLE & LAWLOR GOYETTE
2000 Crow Canyon Place, Suite 190
San Ramon, CA  94583
(925) 904-0111
(925) 904-0110  Fax

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNTERRA CORPORATION, | No.:  2:04-cv-00784-MCE-PAN |
| Plaintiff, | |
| vs. | DISCOVERY ORDER NO. 4 |
| PERINI BUILDING COMPANY, et al. | RE:  DEPOSIT OF EXPERT PHOTOGRAPHS |
| Defendants. / | |
| AND RELATED CROSS-ACTIONS / | |

Peter H. Dekker, having been appointed Special Master pursuant to court order for certain pre-trial matters including law and motion, discovery, discovery motions and settlement proceedings, and for good cause appearing,

IT IS HEREBY ORDERED:

By Stipulation of all parties and pursuant to Federal Rules of Civil Procedure, with the exception of counsel for Hearth & Home, all expert photographs shall be deposited and produced to the document depository within thirty (30) days of the date of this Order.  Hearth & Home is specifically exempted from the Order and is not ordered to produce their expert's photographs to the depository.

///

///

1

PDF created with pdfFactory trial version www.pdffactory.com

1  However, the depository shall not allow access to Hearth & Home with respect to viewing the expert
2  photographs deposited by the parties.
3      IT IS SO ORDERED:
4  DATED: May 16, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com