```
ROBERT A. BELLAGAMBA, ESQ.  BAR#: 56537
J. KEVIN MOORE, ESQ.  BAR#: 153744
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
6130 Stoneridge Mall Road, Suite 275
Pleasanton, CA  94588
(925) 734-0990  Fax: (925) 734-0888

Attorneys for CROSS-DEFENDANTS
KOVACH, INC.
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>SUNTERRA CORPORATION,<br><br>        Debtor, | NO.:  2:04-CV-00784-MCE-EFB |
| SUNTERRA CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>PERINI BUILDING COMPANY,<br><br>        Defendant. | ORDER RE: APPLICATION FOR SERVICE BY PUBLICATION |
| AND RELATED CROSS-ACTIONS | |

     THIS APPLICATION CAME BEFORE THE APPOINTED SPECIAL MASTER, Peter H. Dekker, Esq., upon the application of KOVACH, INC. for an order allowing service by publication of RANDOLPH SIDING.  Based on the accompanying application and declaration of J. Kevin Moore, counsel for KOVACH, INC., a proper showing has been made that KOVACH, INC. has made diligent efforts to obtain contact information for RANDOLPH SIDING.  For good cause showing, it is

     04cv784.o.0728.doc   1
[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

ORDERED that KOVACH, INC. is permitted to serve RANDOLPH SIDING by publishing summons and notice in the publications as listed in the declaration. KOVACH, INC. shall direct a copy of the summons and complaint to RANDOLPH SIDING by mail if the address is ascertained before the time prescribed for publication of summons expires.

DATED: July 28, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

04cv784.o.0728.doc   2
[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com