14940
David S. Henningsen (SBN 064195)
Christopher K. Karic (SBN 184765)
ROBINSON & WOOD, INC.
227 North First Street
San Jose, CA  95113-1016
Telephone:   (408) 298-7120
Facsimile:    (408) 298-0477

Attorneys for Defendants
PERINI BUILDING COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRIC OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SUNTERRA CORPORATION, | Case No. 2:04-CV-00784-MCE-EFB |
| Plaintiff, | **ORDER GRANTING DEFENDANT PERINI BUILDING COMPANY'S EX PARTE APPLICATION FOR AN ORDER FOR PUBLICATION OF THE SUMMONS** |
| vs. | |
| PERINI BUILDING COMPANY, et al., | |
| Defendants. | Complaint Filed: August 5, 2002<br>Hearing Date: None<br>Hearing Time: None<br>Assigned Judge: Hon. Morrison England Jr. |
| AND RELATED CROSS ACTIONS. | |

IT IS ORDERED that the service of the summons in this action be made upon Cross-Defendants, VINYL WINDOW CORPORATION and VINYL WINDOW SYSTEMS, INC. by publication thereof in the Los Angeles Times, a newspaper of general circulation published in Los Angeles, California, and that said publication be made at least once a week for four successive weeks.

IT IS FURTHER ORDERED that a copy of said summons and of said Cross-complaint in this action be forthwith deposited in the United States Post Office, post-paid and, directed to said Cross-Defendant if its address is ascertained before expiration of the

1 time prescribed for the publication of this summons. A declaration of this mailing, or of

2 the fact that the address was not ascertained must be filed at the expiration of the time

3 prescribed by publication.

     IT IS FURTHER ORDERED that Cross-Complainant PERINI BUILDING COMPANY, having shown good cause, shall have one hundred and eighty (180) days from the filing of the complaint to serve the summons and complaint.

     IT IS SO ORDERED

DATED: August 4, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER                                    Case No. 2:04CV-00784-MCE-EFB

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113-1016
(408) 298-7120