Patricia L. Glaser, Esq., State Bar No. 055668
Peter C. Sheridan, Esq., State Bar No. 137267
Steven L. Weinberg, Esq., State Bar No. 159027
**CHRISTENSEN, GLASER, FINK, JACOBS,
  WEIL & SHAPIRO, LLP**
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Randolph M. Paul, Esq., State Bar No. 64466
Allison L. Andersen, Esq., State Bar No. 221383
Hallie N. Bennett, Esq. State Bar No. 247407
**BERDING & WEIL LLP**
3240 Stone Valley Road West
Alamo, California 94507
Telephone:    925/838-2090
Facsimile:    925/820-5592

Attorneys for Plaintiff
SUNTERRA CORPORATION, et al.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SUNTERRA CORPORATION, et al., | No. 2:04-cv-00784 MCE PAN |
| Plaintiffs, | **ORDER RE ELECTRONIC SERVICE** |
| vs. | Hon. Morrison C. England, Jr. |
| PERINI BUILDING COMPANY, et al., | United State District Judge |
| Defendants. | Peter H. Dekker, Special Master |
| AND RELATED CROSS-CLAIM | |

### I.   **LEXISNEXIS FILE & SERVE**

1.   In order to facilitate case management, document retrieval and case organization, the parties will utilize the services of LexisNexis File & Serve ("LNFS") and its litigation system (the "System") for providing electronic service, storage and delivery of discovery-related documents and correspondence through a secure website to facilitate expeditious, efficient and economical communication by and amongst counsel. The Court, at its option, may also use

LNFS and its System for these purposes as well to communicate with counsel of record.

## II.   SERVICE ONLY

2. The System shall apply only to the service of documents and correspondence and not to their filing.  ***In all cases, documents that are to be filed with this court must still be filed with the CM/ECF system pursuant to the Local Rules of this Court.***

## III.   SERVICE LIST & SIGN-UP

3. Within five (5) days of this Order, plaintiff's counsel shall submit to Christopher D. Shaw, Esq., at christpherdean.shaw@lexisnexis.com, a complete and current service list of counsel of record for this litigation. Within five (5) days of this Order, each attorney of record for this litigation, or within five (5) days of the entry of appearance for a new attorney of record, shall register for electronic service in this litigation by completing the application located at the following website: **http://www.lexisnexis.com/fileandserve**.

## IV.   SERVICE OF DOCUMENTS AND WEBSITE

**A.   Establishment and Use of the LNFS Website Generally**

4. When any counsel of record wishes to serve a document, that counsel shall serve the document according to all the requirements and procedures of this Order.  All references to "document" in this Order shall be interpreted to include any exhibits or attachments to the document and shall include both discovery-related documents and correspondence.

5. LNFS shall establish and maintain an Internet website (the "Website") for this litigation.  LNFS will post all documents served by the parties to the Website as provided in this Order and shall serve each document on the parties included on the service list provided to LNFS in accordance with the procedures herein.

6. Each attorney shall serve each document via electronic transfer of the document file to LNFS via the Internet (either as a word-processing file or a scanned image of the document).  Each attorney shall title each document to identify the type and purpose of each document and the party who is submitting such document.  Each document electronically served pursuant to this Order shall be deemed to have been served under the Federal Rules of Civil Procedure 5(b).

7. After LNFS receives a document, LNFS shall convert such document into Adobe Portable Document Format ("PDF") and post it to the Website within one (1) hour of receipt.

8. Within one (1) hour of the time a document is posted to the Website, LNFS shall send an email to all registered users notifying them that the document has been posted to the Website (unless such registered user has declined to receive such email notifications). The email shall contain hypertext link(s) to the document location(s) on the System (or, if so designated by the recipient, the email shall have the served document attached thereto).

9. All documents posted on the System will be identified by: (a) the name of the serving law firm; (b) the caption(s) of the case(s) to which the document belongs; (c) the title of the document set forth on its caption; and (d) the identity of the party on whose behalf the document is being served.

10. The System shall contain an index of all served documents for the litigation that will be searchable and sortable according to methods that provide useful 24/7 365 days' access to the documents.

11. Access to the System will be limited to registered users. Registered users will consist of authorized Court personnel, counsel of record and their designated staff members. Upon registration, LNFS will provide each registered user with a user name and password to access the System and the documents served in the litigation.

12. Every pleading, document and instrument served electronically shall bear a facsimile or typographical signature of at least one of the attorneys of record, along with the typed name, address, telephone number and California State Bar number of such attorney. Typographical signatures shall be treated exactly as personal signatures for purposes of electronically served documents under the Federal Rules of Civil Procedure. The serving party of any document requiring multiple signatures (e.g., stipulations, joint status reports) must list thereon all the names of other signatories by means of an "s/____" block for each. By submitting such a document, the serving party certifies that each of the other signatories has expressly agreed to the form and substance of the document and that the serving party has the actual authority to submit the document electronically. The serving party must maintain any records

1  evidencing this concurrence for subsequent production to the Court if so ordered or for inspection
2  upon request by a party.

3      13.    Any document transmitted to the System shall certify in the Proof of Service that a
4  true and correct copy was electronically served on counsel of record by transmission to LNFS.

5      14.    LNFS shall have available to counsel of record and the Court a 24-hour
6  365 days help desk hotline at (888) 529-7587 and website access at
7  http://www.lexisnexis.com/fileandserve/support.asp. In addition, each attorney is instructed to
8  review Exhibit A attached to this Order which sets forth the procedure for registration with and
9  service through LexisNexis File & Serve. *See* Exhibit A, *LexisNexis File & Serve Welcome Kit*.

**APPROVED AND RECOMMENDED.**

Dated:   May 23, 2008              _____/s/_____
                                            PETER H. DEKKER, Special Master

**IT IS SO ORDERED.**

Dated: August 4, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

# LexisNexis® File & Serve Welcome Kit

**STEP 1. REGISTRATION**

If your firm has a LexisNexis File & Serve account, *contact your firm's administrator to obtain a user name & password for yourself and anyone else who will need to serve or access documents in the case.* The administrator will follow the **Instructions for Existing Subscribers in Section A.**

If this is your firm's first LexisNexis File & Serve case, *you will need to create a LNF&S account before registering. The firm must designate an administrator who will create the account and add users.* The administrator will follow the **Instructions for New Subscribers in Section B.**

**To find out if your firm has a LexisNexis File & Serve account or the name of your administrator, please call Customer Support at 1.888.529.7587.**

**SECTION A:  INSTRUCTIONS FOR EXISTING SUBSCRIBERS**
**(Administrator registers new users)**
1. Sign on to www.lexisnexis.com/fileandserve
2. Select Preferences in the upper right hand corner of the screen. Click Firm Profile.
3. Click the Add Users tab and enter user information for every attorney and staff member who will need a user ID and password. Include full name, phone, fax, email and bar number (for attorneys).
**All attorneys of record must have a user ID and password.**

**SECTION B:  INSTRUCTIONS FOR NEW SUBSCRIBERS**
**(Administrator sets up account and registers users)**
1. Visit www.lexisnexis.com/fileandserve/lawfirms/register.asp and click Register.
2. Add organization information.
3. Add user information for administrator (primary contact).
4. Add user information for every attorney and staff member in your firm who will need a user ID and password. Include full name, phone, fax, email and bar number (for attorneys). **All attorneys of record must have a user ID and password.**
5. Review system requirements.
6. Review and accept Terms of Service Agreement by selecting an authorizing attorney.

**STEP 2. TRAINING**

**We strongly recommend that <u>all of the users in your firm</u> (including attorneys) take advantage of LexisNexis File & Serve free, online training classes.**
**Classes will cover:**
- The basics of using the LexisNexis File & Serve system to serve documents
- Searching online case files
- Setting up User and Firm Profiles

**Class dates and times:**
**Eservice Only:** Every Tuesday and Thursday, 12:30 AM – 1:30 PM CT (1:30 – 2:30 PM ET)

**To register for a class, please go to:** http://www.lexisnexis.com/fileandserve/training.asp

**For training questions, email:** fileandservetraining@lexisnexis.com

# EXHIBIT A

BERDING & WEIL LLP
3240 Stone Valley Road West
Alamo, California 94507

[PROPOSED] ORDER RE ELECTRONIC SERVICE

-5-