PETER H. DEKKER, SPECIAL MASTER
GRIFFITHS, CASTLE & LAWLOR GOYETTE
2000 Crow Canyon Place, Suite 190
San Ramon, CA  94583
(925) 904-0111
(925) 904-0110  Fax

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNTERRA CORPORATION, | No.:  2:04-cv-00784-MCE EFB |
| Plaintiff, | |
| vs. | ORDER FOR SETTLEMENT CONFERENCES |
| PERINI BUILDING COMPANY, et al. | |
| Defendants. | |
| _____ | |
| AND RELATED CROSS-ACTIONS _____/ | |

TO ALL COUNSEL:

Global settlement conferences shall be held on <u>October 20, 2008, October 21, 2008 and October 22, 2008,</u> commencing at 9:30 a.m. and terminating at 4:30 p.m. on all three days, to be held at the United States District Court, Eastern District of California, Courtroom 7, located at 501 I Street, 14th Floor, Sacramento, CA 95814.

All counsel, principals and respective claims representatives with full settlement authority are ordered to PERSONALLY attend.

///

///

1

PDF created with pdfFactory trial version www.pdffactory.com

1  Counsel for Perini Building Company shall circulate an agenda for said settlement conferences
2  to all counsel and the Special Master, no later than October 3, 2008.
3  IT IS SO ORDERED.

DATED: September 23, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com