1  JAMES J. MERRIMAN (Bar No. 115096)
   KOLETSKY, MANCINI, FELDMAN & MORROW
2  1999 Harrison Street, Suite 1475
   Oakland, CA 94612
3
   Attorneys for Cross-Defendant
4  SEALTECH CAULKING AND
   WATERPROOFING, INC., a California Corporation
5

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNTERRA CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PERINI BUILDING COMPANY, et al.,<br><br>　　　　Defendants. | CASE NO.  04-CV-00784 MCE<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT AND FILE ANSWER** |
| AND ALL RELATED CROSS-ACTIONS. | |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　COME NOW Cross-Complainant ALLIANCE ROOFING COMPANY, INC. and Cross-Defendant SEALTECH CAULKING AND WATERPROOFING, INC., through their respective counsel of record, to hereby stipulate and agree that the default entered against Cross-Defendant SEALTECH CAULKING AND WATERPROOFING, INC. in this matter shall be set aside.  Cross-Defendant SEALTECH CAULKING AND WATERPROOFING, INC. shall file and serve its Answer

1

PDF created with pdfFactory trial version www.pdffactory.com

1 | to the Cross-Complaint of Cross-Complainant ALLIANCE ROOFING COMPANY, INC. concurrently
2 | with execution of the proposed Order of which this Stipulation is a part.

3 | Dated: September _____, 2008           MCCARTHY & MCCARTHY

5 |                                        By:_____
                                              Michael S. Ellis
6 |                                           Attorneys for Cross-Complainants
                                              ALLIANCE ROOFING COMPANY, INC.

8 | Dated: September _____, 2008           KOLETSKY, MANCINI, FELDMAN & MORROW

11 |                                       By:_____
                                              James J. Merriman
                                              Attorneys for Cross-Defendant
12 |                                          SEALTECH CAULKING AND
                                              WATERPROOFING, INC.

15 |         IT IS SO ORDERED.

17 | Dated: September 30, 2008

                                           _____
                                           MORRISON C. ENGLAND, JR.
                                           UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com