UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SUNTERRA CORPORATION, et al.,

      Plaintiffs,

  v.

PERINI BUILDING COMPANY, INC., et al.,

      Defendants.

No. 2:04-cv-00784-MCE-EFB

MEMORANDUM AND ORDER

----oo0oo----

    Perini Building Company and Perini Corporation (collectively "Defendants") presently move to compel each Plaintiff's designation of persons most knowledgeable ("PMKs") pursuant to Federal Rule of Civil Procedure 30(b)(6).

    After hearing on the matter, this Court orders Defendants to serve upon each Plaintiff contention interrogatories limited to inquiries regarding each Plaintiff's claims for damages. Each Plaintiff is directed to respond to those interrogatories within twenty (20) days.

///

1

1  In keeping with the liberal rules of discovery, the
2 permissible scope of the interrogatories shall be broad.
3 Defendants may request information spanning the time period of
4 1997 through the present and information pertaining to the impact
5 of Plaintiff's claims on all Diamond Resort entities.
6  Each Plaintiff will respond individually to Defendants'
7 interrogatories.  Any objections to the above interrogatories or
8 responses shall be presented to the Special Master for
9 resolution.
10  Upon receiving each response, Defendants will have thirty
11 (30) days in which to determine whether any PMK designation
12 should be requested from the responding Plaintiff.  If Defendants
13 do not request such PMK designations from the responding
14 Plaintiff prior to the expiration of that thirty-day period, it
15 will be presumed that Defendants make no such request.
16 Alternatively, if during that 30-day period Defendants determine
17 any PMK witness is required from the responding Plaintiff,
18 Defendants are directed to submit all requests for designations
19 of such PMKs through this Court.
20  In light of the above directives, Defendants' Motion to
21 Compel is DENIED.
22  IT IS SO ORDERED.

Dated: October 27, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE