MICHAEL S. MIDDLETON
State Bar Number 161465
JESSICA ADAMS ROBISON
State Bar Number 220846
**SPECTOR, MIDDLETON, YOUNG & MINNEY**
A Limited Liability Partnership
193 Blue Ravine Road, Suite 265
Folsom, CA 95630
Telephone:  (916) 932-0000
Facsimile:   (916) 932-0099

Attorneys for Cross-Defendant and Cross-Complainant,
PEDERSEN UNDERGROUND

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| IN RE<br><br>SUNTERRA CORPORATION,<br><br>    Debtors,<br>_____ /<br><br>SUNTERRA CORPORATION<br><br>    Plaintiffs,<br><br>    v.<br><br>PERINI BUILDING COMPANY,<br><br>    Defendants.<br>_____ /<br><br>AND RELATED CROSS-ACTIONS<br>_____ / | CASE NO.  2:04CV-0784-MCE-EFB<br><br>**ORDER GRANTING LEAVE TO FILE MOE AMENDMENT TO CROSS-COMPLAINT** |

    Upon the request of PEDERSEN UNDERGROUND to file a Moe Amendment to Cross-Complaint naming the following parties: Rentokil, Inc., Sunbasin, Inc., and Granite Construction Company, and good cause appearing therefore,

1

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS RECOMMENDED AND APPROVED that PEDERSEN UNDERGROUND be
2  allowed to file a Moe Amendment to Cross-Complaint naming the following parties in this
3  action: Rentokil, Inc., Sunbasin, Inc., and Granite Construction Company.

4  Dated: 10/27/08                              /s/ Peter H. Dekker
                                                _____
5                                               Peter H. Dekker, Special Master

6  **IT IS SO ORDERED.**

7  **DATED:** October 27, 2008

8                                               _____
9                                               MORRISON C. ENGLAND, JR
                                                UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com