PETER H. DEKKER, SPECIAL MASTER
GRIFFITHS, CASTLE, LAWLOR GOYETTE & DEKKER
2000 Crow Canyon Place, Suite 190
San Ramon, CA  94583
(925) 904-0111
(925) 904-0110  Fax

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SUNTERRA CORPORATION, | Case No.:   2:04-cv-00784-MCE PAN |
| Plaintiff, | |
| vs. | ORDER RE: SETTLEMENT CONFERENCE |
| PERINI BUILDING COMPANY, et al. | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS              / | |

TO ALL COUNSEL:

A global settlement conference shall be held on January 14, 2009, commencing at 9:30 a.m. at the U.S. District Court, Eastern District of California, Courtroom 1, 501 I Street, Sacramento, CA. All counsel, principals and respective claims representatives with full settlement authority are ordered to personally attend.

IT IS SO ORDERED:

DATED: January 9, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

PDF created with pdfFactory trial version www.pdffactory.com