PETER H. DEKKER, SPECIAL MASTER
GRIFFITHS, CASTLE & LAWLOR GOYETTE
2000 Crow Canyon Place, Suite 190
San Ramon, CA  94583
(925) 904-0111
(925) 904-0110 Fax

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DIAMOND RESORTS CORPORATION, et al., | No. CIV S 04-0784 MCE PAN |
| Plaintiffs, | **DISCOVERY ORDER RE PERCIPIENT WITNESS DEPOSITIONS** |
| vs. | |
| PERINI BUILDING COMPANY, et al., | |
| Defendants. | |

AND RELATED CROSS-CLAIM

TO ALL COUNSEL:

Reporter fees for depositions of percipient witnesses scheduled by the Discovery Committee shall be determined as follows:

1. Appearance fees and the cost of the original deposition shall be split equally among all parties attending the deposition.

2. Fees for videotaping shall be paid by the party or parties who request the videotaping of the deposition.

3. Parties who order copies of the deposition transcript shall pay for whatever is ordered.

IT IS SO ORDERED.

DATED: January 26, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE