PETER H. DEKKER, SPECIAL MASTER
GRIFFITHS, CASTLE, LAWLOR GOYETTE & DEKKER
2000 Crow Canyon Place, Suite 190
San Ramon, CA  94583
(925) 904-0111
(925) 904-0110  Fax

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SUNTERRA CORPORATION, | Case No.:   2:04-cv-00784 MCE EFB |
| Plaintiff, | |
| vs. | ORDER RE: SETTLEMENT CONFERENCES |
| PERINI BUILDING COMPANY, et al. | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS     / | |

TO ALL COUNSEL:

1. The Special Master shall hold a settlement conference <u>with Perini Building Company and select subcontractors only</u> on February 13, 2009, commencing at 9:30 a.m. at the office of the Special Master, 2000 Crow Canyon Place, Suite 190, San Ramon, CA.  Counsel, principals and respective claims representatives with full settlement authority for Perini and the select subcontractors are ordered to personally attend.

<u>Counsel for Perini Building Company shall notify the specific subcontractors who need to appear on February 13, 2009.</u>  To the extent settlements are reached at that time, the parties shall be excused from any further settlement conferences scheduled in this matter.

1

PDF created with pdfFactory trial version www.pdffactory.com

2.  A global settlement conference for all non-settling parties shall be held on February 19, 2009, commencing at 9:30 a.m. at the office of the Special Master, 2000 Crow Canyon Place, Suite 190, San Ramon, CA.  All counsel, principals and respective claims representatives with full settlement authority are ordered to personally attend.

IT IS SO ORDERED.

DATED: February 5, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com