Patricia L. Glaser, State Bar No. 055668
Peter C. Sheridan, State Bar No. 137267
Laura Premi, State Bar No. 211492
**GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP**
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Randolph M. Paul, Esq., State Bar No. 64466
Allison L. Andersen, Esq., State Bar No. 221383
**BERDING & WEIL LLP**
3240 Stone Valley Road West
Alamo, California 94507
Telephone:   925/838-2090
Facsimile:   925/820-5592

Attorneys for Plaintiffs Diamond Resorts Corporation,
f/k/a, Sunterra Corporation, et al.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SUNTERRA CORPORATION, *et al*. | ) Case No. 04-CV-00784 MCE (PAN) |
| Plaintiffs, | ) **ORDER REGARDING THIRD AMENDED COMPLAINT** |
| v. | ) |
| PERINI BUILDING COMPANY | ) Hon. Judge Morrison C. England, Jr. |
| Defendant. | ) Peter H. Dekker, Special Master |
| AND RELATED CROSS-ACTIONS. | ) |

Upon consideration of the Stipulation regarding Third Amended Complaint, IT IS HEREBY ORDERED that:

1. The Third Amended Complaint as against Perini Corporation is dismissed with prejudice. Each party is to bear its own fees and costs as stated in the Stipulation; and

2. Plaintiffs are granted leave to file a Fourth Amended Complaint, a copy of which is attached hereto as Exhibit "A."

DATED: March 3, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE