Ian A. Rambarran, Bar No. 227366
Jason W. Schaff, Bar No. 244285
KLINEDINST PC
801 K Street, Suite 2800
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
irambarran@klinedinstlaw.com
jschaff@klinedinstlaw.com

Attorneys for Cross-Defendants
JPS INDUSTRIES, INC.; JPS ELASTOMERICS, INC.; JPS ELASTOMERICS, INC. DBA STEVENS ROOFING SYSTEMS and WESTERN NEVADA SUPPLY COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNTERRA CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>PERINI BUILDING COMPANY, INC.,<br><br>  Defendant.<br><br>AND RELATED CROSS ACTIONS. | Case No.   2:04-CV-00784 MCE-EFB<br><br>ORDER DISCHARGING ALL CROSS-COMPLAINTS AND OPT-IN CROSS COMPLAINTS AGAINST JPS INDUSTRIES, INC.; JPS ELASTOMERICS, INC.; JPS ELASTOMERICS, INC. DBA STEVENS ROOFING SYSTEMS<br><br>Courtroom:      25, 8th Floor<br>Judge:           Hon. Morrison C. England, Jr.<br>Magistrate Judge  Hon. Edmund F. Brennan<br>Trial Date:      3/1/10 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having heard no objection, the Special Master hereby makes the following recommendation: All cross-complaints and opt-in cross complaints naming JPS INDUSTRIES, INC.; JPS ELASTOMERICS, INC.; JPS ELASTOMERICS, INC. DBA STEVENS ROOFING SYSTEMS (collectively "JPS") as a cross-defendant be dismissed without prejudice. Further, all parties are to bear their own fees and costs.

- 1 -

ORDER DISCHARGING ALL CROSS-COMPLAINTS AND OPT-IN CROSS COMPLAINTS AGAINST JPS INDUSTRIES, INC.; JPS ELASTOMERICS, INC.; JPS ELASTOMERICS, INC. DBA STEVENS ROOFING SYSTEMS

2:04-CV-00784 MCE-EFB

PDF created with pdfFactory trial version www.pdffactory.com

DATED: March 27, 2009          By: _____/s/   Peter Dekker, Esq._____

## ORDER OF THE COURT

Having considered the foregoing and the recommendation of the Special Master, this Court finds good cause and hereby orders:

That all cross-complaints and opt-in cross complaints naming JPS as a cross-defendant be dismissed without prejudice. Further, all parties are to bear their own fees and costs.

DATED: March 27, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 2 -
ORDER DISCHARGING ALL CROSS-COMPLAINTS AND OPT-IN CROSS COMPLAINTS AGAINST JPS INDUSTRIES, INC.; JPS ELASTOMERICS, INC.; JPS ELASTOMERICS, INC. DBA STEVENS ROOFING SYSTEMS

2:04-CV-00784-MCE-EFB

KLINEDINST PC
801 K STREET, STE. 2800
SACRAMENTO, CALIFORNIA 95814

PDF created with pdfFactory trial version www.pdffactory.com