PETER H. DEKKER, SPECIAL MASTER
GRIFFITHS, CASTLE, LAWLOR GOYETTE & DEKKER
2000 Crow Canyon Place, Suite 190
San Ramon, CA 94583
(925) 904-0111
(925) 904-0110 Fax

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SUNTERRA CORPORATION, | Case No.: 2:04-cv-00784-MCE-PAN |
| Plaintiff, | |
| vs. | ORDER |
| PERINI BUILDING COMPANY, et al. | RE: SETTLEMENT CONFERENCE AND MANDATORY ATTENDANCE OF PARTIES AND INSURANCE CLAIMS REPRESENTATIVES |
| Defendants. | |
| AND RELATED CROSS-ACTIONS / | |

TO ALL COUNSEL:

A mandatory settlement conference for the following named parties shall be held on <u>April 8, 2009 commencing at 9:00 a.m</u>. at the United States District Court, Courtroom 9, 13th Floor, 501 "I" Street, Sacramento, CA.

Counsel, principals and insurance claims representatives with **full settlement authority** are ordered to **personally** attend:

1) **Perini Building Company**; counsel, principals and insurance claims representatives.

///

///

1

2) **Alliance Roofing Co.**, counsel, principals and insurance claims representatives on behalf of CNA Insurance, Mr. John Silva and Kemper Insurance, Mr. Bill Micheletti, are ordered to personally appear.

3) **Sealtech Waterproofing;** counsel, principals and insurance claims representatives on behalf of Royal Insurance and Pacific Insurance/Hartford Insurance are hereby ordered to personally attend;

4) **Henri Specialties Co.**; counsel, principals and insurance claims representatives on behalf of CNA, Mr. John Silva, Travelers Insurance Mr. Brian Skinner and Kemper Mr. Gerald Gross, are hereby ordered to personally attend;

5) **Urata & Sons Cement, Inc.**; counsel, principals and insurance claims representatives on behalf of Admiral Insurance, Clarendon, TIG, CNA, Mr. John Silva and ACE Insurance, Ms. Heather Enselman, are hereby ordered to personally attend.

6) **Vinyl Window Corp.;** counsel, principals and insurance claims representatives on behalf of Travelers Insurance are hereby ordered to personally attend.

7) **Martin Iron Works;** counsel, principals and insurance claims representatives on behalf of Travelers Insurance and Royal Insurance are hereby ordered to personally attend.

8) **Capitol Builders;** counsel, principals and insurance claims representatives on behalf of Zurich Insurance are hereby ordered to personally attend.

9) **Creative Resources;** counsel, principals and insurance claims representatives are hereby ordered to personally attend.

10) **Milgard Mfg. Inc.;** counsel, principals and insurance claims representatives on behalf of Travelers Insurance are hereby ordered to personally attend.

*///*

11) **Sierra Tahoe Ready Mix;** counsel, principals and insurance claims representatives are hereby ordered to personally attend.

12) **Nelson Electric;** counsel, principals and insurance claims representatives on behalf of Travelers Insurance are hereby ordered to personally attend.

IT IS SO ORDERED:

Dated:  April 3, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE