PETER H. DEKKER, SPECIAL MASTER
GRIFFITHS, CASTLE, LAWLOR GOYETTE & DEKKER
2000 Crow Canyon Place, Suite 190
San Ramon, CA  94583
(925) 904-0111
(925) 904-0110  Fax

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SUNTERRA CORPORATION, | Case No.:  2:04-cv-00784 MCE PAN |
| Plaintiff, | |
| vs. | ORDER VACATING JUNE 4, 2009 ORDER TO SHOW CAUSE HEARING |
| PERINI BUILDING COMPANY, et al. | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS        / | |

The Special Master having discussed and received notice from counsel for Morris & Brown Architects on May 29, 2009, the consent issue between the principals for Morris & Brown has now been resolved, therefore a global resolution has been officially reached in this action.

In light of this and pursuant to Judge Morrison C. England, Jr.'s prior Order, the hearing scheduled on June 4, 2009 at 2:00 p.m. for the principals of Morris & Brown Architects, their counsel and Zurich Insurance claims representative is hereby vacated.  No appearance is required on June 4, 2009 in light of the consent issue being resolved between the principals of Morris & Brown Architects.

Counsel are reminded to abide by all other dates issued by Judge Morrison C. England, Jr. as follows:

1

1. Any party and/or counsel who has not fully executed the Settlement Agreement shall personally appear for an Order to Show Cause on July 13, 2009 at 10:00 a.m. in Courtroom 7 on the 14th Floor of the United States District Court, 501 I Street, Sacramento, CA.  Counsel for Perini shall provide an update with respect to those parties who have not signed the Settlement Agreement to the Special Master and Judge England by 12:00 p.m., July 10, 2009.

2. Any party and/or counsel who has not fully paid their settlement contributions shall personally appear for an Order to Show Cause on July 30, 2009 at 2:00 p.m. in Courtroom 7 on the 14th Floor of the United States District Court, 501 I Street, Sacramento, CA. Counsel for Plaintiff shall provide an update with respect to those parties who have not paid their settlement contributions to the Special Master and Judge England by 12:00 p.m., July 29, 2009.

IT IS SO ORDERED:

Dated: June 3, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2