Diane O. Palumbo (State Bar No. 114479)
Kevin T. Meade (State Bar No. 195349)
Dawn A. Hove (State Bar No. 240579)
**PALUMBO BERGSTROM LLP**
17901 Von Karman Avenue, Suite 500
Irvine, California 92614
Tel: (949) 442-0300/Fax: (949) 251-1331

David S. Henningsen (State Bar No. 064195)
Christopher K. Karic (State Bar No. 184765)
**ROBINSON & WOOD, INC.**
227 North First Street
San Jose, CA 95113
Tel: (408) 298-7120/Fax: (408) 298-0477

Attorneys for Defendant/Cross-Complainant PERINI BUILDING COMPANY, INC. and Defendant PERINI CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| SUNTERRA CORPORATION, et al., | Case No.: 04-CV-00784-MCE-EFB |
| Plaintiffs, | Judge: Hon. Morrison C. England, Jr. |
| vs. | **ORDER REGARDING DISMISSAL OF FOURTH AMENDED COMPLAINT** |
| PERINI BUILDING COMPANY, et al., | |
| Defendants. | |
| AND ALL RELATED CROSS-ACTIONS. | |

1

Upon consideration of the Stipulation Between All Settling Parties Regarding Dismissal of Plaintiffs' Fourth Amended Complaint, With Prejudice, (a copy of which is attached hereto as Exhibit "A"), IT IS HEREBY ORDERED that:

The Fourth Amended Complaint is dismissed with prejudice.

DATED: October 1, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PALUMBO BERGSTROM LLP
17901 Von Karman Ave., Ste. 500
Irvine, CA 92614
(949) 442-0300

2

**ORDER REGARDING DISMISSAL OF FOURTH AMENDED COMPLAINT**
04-CV-00784-MCE-EFB