Diane O. Palumbo (State Bar No. 114479)
Kevin T. Meade (State Bar No. 195349)
Dawn A. Hove (State Bar No. 240579)
**PALUMBO BERGSTROM LLP**
17901 Von Karman Avenue, Suite 500
Irvine, California  92614
Tel: (949) 442-0300/Fax: (949) 251-1331

David S. Henningsen (State Bar No. 064195)
Christopher K. Karic (State Bar No. 184765)
**ROBINSON & WOOD, INC.**
227 North First Street
San Jose, CA 95113
Tel: (408) 298-7120/Fax: (408) 298-0477

Attorneys for Defendant/Cross-Complainant PERINI BUILDING COMPANY, INC. and Defendant PERINI CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SUNTERRA CORPORATION, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>PERINI BUILDING COMPANY, et al.,<br><br>Defendants.<br>_____<br>AND ALL RELATED CROSS-ACTIONS.<br>_____ | Case No.:  04-CV-00784-MCE-EFB<br>Judge: Hon. Morrison C. England, Jr.<br><br>**ORDER REGARDING DISMISSAL OF ALL ACTUAL, DEEMED, AND OPT-IN CROSS-COMPLAINTS, WITH PREJUDICE** |

PDF created with pdfFactory trial version www.pdffactory.com

Upon consideration of the Stipulation Between All Settling Parties Regarding Dismissal of All Actual, Deemed, and Opt-In Cross-Complaints, With Prejudice, (a copy of which is attached hereto as Exhibit "A"), IT IS HEREBY ORDERED that:

All actual, deemed, and opt-in Cross-Complaints are dismissed with prejudice. This matter now having been resolved in its entirety, the Clerk is hereby directed to close the file.

DATED: October 6, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

K:\Perini\Sunterra\Pleadings\Orders\[Proposed] Order re Dismissal of Complaint.doc

PDF created with pdfFactory trial version www.pdffactory.com